1-27-2015 _____ (date)

79,030-01

JAMES EDWARD ECHOLS I.D. #1757036
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705

CCA NO. WR-79,030-01
Trial Court Case NO. 401-81145-10

COURT OF CRIMINAL APPEALS
MR. ABEL ACOSTA, CLERK
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk

Dear MR. ACOSTA:

"Greetings!" I am contacting your clerk office to Notify you that I am Requesting about sending me my appellate court records that are currently held at the Texas Court of criminal Appeals.

I will like the appellate Judge Name, Address, State, Zip code, Also same as the Court Reporter on my Case CCA NO. WR-79,030-01 Trial Court Case NO. 401-81145-10

I am indigent and can't afford to Pay cost, "Dead serious" I do not have any money.

My Appeal defense Attorney: MS. Mary Alice Scanlon Bar card #17707330 Address: 5068 W. Plano Parkway, Ste 300 Plano, TX 75093-4409. I will see to it that she answer to the State Bar "Abandoning a client" Collusion or negligence a trumpeted cause for incompetent Counsel, Suborning perjury of a witness, "NO Attorney-Client Communication"

Please Turn over ———→

Been writing letter to my Appeal Attorney requesting and asking for copies of my Trial Court Transcript and court records etc. And copies of appellate court records, appellate brief, etc. She haven't answer to any of my letter, Also stated to her that I am indigent and can't Afford to pay cost.

discovery rules, and the code of trial conduct of the American college of Trial Lawyers." Attorney has violated the law and the rules that govern the court.

If there are any question about this request, I can be reached at the below address: appreciate your assistance with this matter.

THANK YOU! Yours in christ,

Sincerely,
James Edward Echols
JAMES EDWARD ECHOLS I.D.# 1757036
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705

CC-